UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LEVESTER GILLARD, SR.**
**ADC #92839**                                                                           **PLAINTIFF**

V.                       **CASE NO. 5:14-CV-170 JM/BD**

**CONNIE WILKERSON, et al.**                                                       **DEFENDANTS**

## ORDER

Levester Gillard, Sr., an Arkansas Department of Correction ("ADC") inmate, filed this lawsuit pro se under 42 U.S.C. § 1983 alleging that Defendants violated his constitutional rights. For screening purposes, Mr. Gillard has stated an eighth amendment deliberate-indifference claim, as well as a state law negligence claim. Accordingly, service is proper.

The Clerk of Court is directed to prepare summonses for each of the named Defendants. The United States Marshal is directed to serve copies of the Complaint, with any attachments (docket entry #2), and a summons for these Defendants without requiring prepayment of fees and costs or security. Service for Defendant Wendy Kelley and Rory Griffin should be through the Arkansas Department of Correction Compliance Division, P.O. Box 20550, Pine Bluff, Arkansas 71612. Service for Defendants Wilkerson, Nurse Kelley, Bland, Austin, Iko, Warren, York, Linder, Quenonis, and Moore should be through counsel for Corizon, Inc., Humphries & Lewis, P. O. Box 20670, White Hall,

Arkansas 72612.

IT IS SO ORDERED this 6th day of May, 2014.

_____
UNITED STATES MAGISTRATE JUDGE