IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LEVESTER GILLARD, SR.
ADC #92839                                                                                      PLAINTIFF

V.                         CASE NO. 5:14-CV-170 JM/BD

CONNIE WILKERSON, et al.                                                            DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation and Mr. Gillard's objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in all respects.

Mr. Gillard's motion for preliminary injunctive relief (docket entry #46) is DENIED.

IT IS SO ORDERED this 16th day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE