# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**LEVESTER GILLARD, SR.**
**ADC #92839**                                                                                         **PLAINTIFF**

**V.**                          **CASE NO. 5:14-CV-00170 JM/BD**

**CONNIE WILKERSON, et al.**                                                       **DEFENDANTS**

## ORDER

Medical Defendants have moved for the Court to withdraw certain documents from the record in this case and seal those documents. (Docket entry #100) They explain that these papers contain unredacted medical records and were filed in error.

The motion (#100) is GRANTED. The Clerk of the Court is instructed to remove docket entries #97 and #97-1 from the record and seal those docket entries.

IT IS SO ORDERED, this 20th day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE