# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**LEVESTER GILLARD, SR.**
**ADC #92839**                                                                                              **PLAINTIFF**

**V.**                                    **CASE NO. 5:14-CV-170 JM/BD**

**CONNIE WILKERSON, et al.**                                                                **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere.  After careful review of the Recommendation and the timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The Medical Defendants' motion for summary judgment (docket entry #131) is GRANTED.  Mr. Gillard's remaining deliberate-indifference claims are DISMISSED, with prejudice.  Because Mr. Gillard's constitutional claims have been DISMISSED, the Court declines to exercise supplemental jurisdiction over Mr. Gillard's state-law negligence claims.  Those claims are DISMISSED, without prejudice.

Mr. Gillard's motion to amend and his motion for order (#124 and #151) are DENIED.

IT IS SO ORDERED this 30th day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE